IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | 8:02CR279 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| RAFAEL BELTRAN-ARCE, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that resentencing of the defendant is rescheduled before the undersigned on **November 21, 2005 at 3:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

DATED this 7th day of October, 2005.

BY THE COURT:


s/Joseph F. Bataillon
United States District Judge