IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR279 |
| Plaintiff, | ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| RAFAEL BELTRAN-ARCE, | ) ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the __29__ day of November, 2005, on the Motion of the Defendant for an order to seal certain documents. (Filing No. ___)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the documents named in Defendant's Motion to Seal Documents shall be filed under seal.

BY THE COURT:

Date: 11/29/05

*[signature]*

*[FILED stamp: U.S. DISTRICT COURT DISTRICT OF NEBRASKA, 05 NOV 29 AM 11:24, OFFICE OF THE CLERK]*